UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TENNESSEE

In re:                                                Chapter 13
OLLA JEAN DIXON
Debtor(s)                                             Case No. 15-28604-H

---

NOTICE OF HEARING

---

The Chapter 13 Trustee's Motion to Dismiss Chapter 13 for Mortgage Is Delinquent having been filed by George W. Stevenson on January 04, 2022.

NOTICE IS HEREBY GIVEN THAT:

The Chapter 13 Trustee's Motion to Dismiss Chapter 13 Case for Mortgage Is Delinquent shall be held on 2/2/2022, at  9:00 am in the United States Bankruptcy Court, by telephone or videoconference, if necessary.

Debtor(s) should contact their attorney to see if their attendance is necessary.  This hearing may be continued or adjourned from time to time by oral announcement (at the hearing) of the continued or adjourned date and time, without further written notice.

/S/ George W. Stevenson
CHAPTER 13 TRUSTEE

---

MOTION TO DISMISS
CHAPTER 13 CASE FOR Mortgage Is Delinquent

---

Comes now your Standing 13 Trustee who would show unto the Court the following for which relief is sought:

That the debtor failed to pay sufficient funds to keep the ongoing mortgage payments current.

PREMISES CONSIDERED, your Trustee prays:
1. That the matter be set for hearing;
2. That the case be dismissed;
3. That the Trustee be granted such other and further relief to which he may be entitled.

/S/ George W. Stevenson
CHAPTER 13 TRUSTEE

CC:    George W. Stevenson

OLLA JEAN DIXON
498 NORTH FIFTH STREET
MEMPHIS, TN  38105

HERBERT D HURST